UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:17-cv-00101 SNLJ |
| | ) |
| APPROXIMATELY SIXTY-EIGHT THOUSAND, SIX HUNDRED AND SEVENTY-FIVE DOLLARS ($68,675.00) U.S. CURRENCY; and | ) ) ) ) |
| | ) |
| RUGER P95 PISTOL, 9 CALIBER SERIAL NO. 31890141, | ) ) |
| | ) |
| Defendants, | ) |
| | ) |
| And | ) |
| | ) |
| TORRY D. SAXTON, | ) |
| | ) |
| Claimant. | ) |

**CLAIMANT TORRY SAXTON'S VERIFIED CLAIM OF INTEREST**

1. Pursuant to Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, Claimant, Torry D. Saxton, by and through counsel, The Limbaugh Firm, hereby files this Verified Claim and asserts his interest and right in the Defendant In Rem in this action.

2. Torry D. Saxton has a claim to, interest in, and right to the funds in the amount of $68,675.00 in United States Currency and the Ruger P95 pistol, 9 caliber, Serial No. 31890141, seized by the United States pursuant to the "Verified Complaint of Forfeiture" filed in this action on June 14, 2017.  (Referred to as the "Defendant Property").  Defendant Property is currently in the custody of a United States Government Agency.

3. The basis of Torry D. Saxton's interest in the property is that he is the lawful owner of the property and said property was not furnished or intended to be furnished in exchange for controlled substances in violation of the Controlled Substance Act, Title 21, United States Code, Section 801 *et seq.*, nor was the

       Defendant Property proceeds traceable to such an exchange, and the Defendant Property was not used to facilitate such an exchange.

4. Torry D. Saxton is the lawful owner of the Defendant. As such, Torry D. Saxton demands the return of his property and the right to defend this action.

## **VERIFICATION**

I, Torry D. Saxton, hereby declare that have read the foregoing Verified Claim.  I Verify and Declare under penalty of perjury:

1. That the foregoing is true and correct;

2. That I am authorized to execute this Verification.


Executed this 26th day of July, 2017 in Cape Girardeau, Missouri.

_____
Torry D. Saxton

## CERTIFICATE OF SERVICE

I hereby Certify that on this 26th day of July, 2017, a copy of the foregoing Verified Statement of Interest was served on behalf of Torry D. Saxton, via First Class Mail upon Stephen Casey, Assistant United States Attorney, C/O Danielle Floyd, Asset Forfeiture Specialist, U. S. Attorney's Office, 111 S. 10th Street, 20th Floor, St. Louis, MO 63102.

Respectfully Submitted,

By: /s/Curtis O. Poore
        Curtis O. Poore     #38067MO

**THE LIMBAUGH FIRM**
407 N. Kingshighway, Suite 400
P. O. Box 1150
Cape Girardeau, MO 63702-1150
Telephone:   573/335-3316
Fax:              573/335-0621

ATTORNEYS FOR CLAIMANT