UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.  1:17CV00101 SNLJ |
| APPROXIMATELY SIXTY-EIGHT THOUSAND, SIX HUNDRED AND SEVENTY-FIVE DOLLARS ($68,675.00) U.S. CURRENCY; and | ) |
| RUGER P95 PISTOL, 9 CALIBER, SERIAL NO. 31890141; | ) |
| Defendants. | ) |

## DEFAULT JUDGMENT OF FORFEITURE

Plaintiff, United States of America has moved this Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for entry of Final Judgment by Default. Plaintiff has shown that there was reasonable cause for seizure of the defendant property. The Clerk of the Court has entered a default in this action. Therefore, it is hereby,

ORDERED, ADJUDGED AND DECREED:

(1) That a judgment by default is hereby entered against the defendant property;

(2) That all persons claiming any right, title or interest in or to the defendant property are held in default;

(3) That the defendant property is hereby forfeited to the United States of America; and

(4) That the defendant property be disposed of according to law.

1

IT IS FURTHER ORDERED, FOUND AND CERTIFIED:

(5)  That, pursuant to Title 28, United States Code, Section 2465, reasonable cause existed for the seizure of the defendant property.

SO ORDERED:

_____
HONORABLE STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

Dated this 11th day of Jan., 2019.